NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OUSTER, INC.,**
*Appellant*

**v.**

**HESAI TECHNOLOGY CO., LTD.,**
*Appellee*

---

2025-1785

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01456, IPR2023-01457.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    OUSTER, INC. V. HESAI TECHNOLOGY CO., LTD.

(2)  Each side shall bear their own costs.

FOR THE COURT

January 13, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 13, 2026